## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **AQUA TEXAS, INC.,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **Case No. 1:23-cv-01576-DAE** |
| **HAYS TRINITY GROUNDWATER** | § | |
| **CONSERVATION DISTRICT,** *et al.,* | § | |
| *Defendants* | § | |
| | § | |
| | § | |
| **TRINITY DWARDS SPRINGS** | § | |
| **PROTECTION ASSOCIATION,** | § | |
| *Intervenor* | § | |

### ORDER

Movant Dalton Sweat filed a Motion to Quash Subpoena on May 5, 2025 (Dkt. 53).[1] This Magistrate Judge set a hearing on the motion for June 16, 2025. Dkt. 60.

On this date, the parties filed a Joint Motion to Deny Dalton Sweat's Motion to Quash Subpoena as Moot. Dkt. 69. The parties state that they "have successfully resolved their disputes" and that "Aqua Texas has withdrawn the subpoena and seeks no additional documents from Sweat." *Id.* at 1.

The Court commends the parties for resolving this dispute and **ORDERS**:

- Dalton Sweat's Motion to Quash Subpoena (Dkt. 53) is **DISMISSED AS MOOT**.

- The parties' Joint Motion to Deny Dalton Sweat's Motion to Quash Subpoena as Moot (Dkt. 69) is **GRANTED**.

- The hearing set for June 16, 2025 is **CANCELED**.

---

[1] By Text Order issued May 6, 2025, the District Court referred the motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of the Local Rules of the United States District Court for the Western District of Texas.

The Court **FURTHER ORDERS** the Clerk to remove this case from this Magistrate Judge's docket and return it to the docket of the Honorable David A. Ezra.

**SIGNED** on June 10, 2025.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE